IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JAIME PEREZ HERNANDEZ

DEBTOR

CASE NO 18-04368/MCF

CHAPTER 13

### NOTICE OF FILING OF CHAPTER 13 PLAN DATED 7/31/2018 AND CERTIFICATE OF SERVICES

TO THE HONORABLE COURT:

**COMES NOW, JAIME PEREZ HERNANDEZ,** the Debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays:

1. Pursuant to a **Notice of Corrective Entry** Docket No. 3 the Debtor's proposed Chapter 13 Plan was filed with a pdf document too big. The Debtor is hereby giving notice to all parties and parties in interest of the filing of the Debtor's Chapter 13 Plan by delivering a copy of the same, as per the present certificate of service.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9013(c) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page-2-
Notice of Filing of Chapter 13 Plan
Caso no. 18-04368/MCF

**I CERTIFY** that on this same date a copy of this Notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the Debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 15th day of August, 2018.

/s/ *Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEYS FOR PETITIONER
PO BOX 186
CAGUAS, PR 00726
TEL NO. (787)744-7699
TEL FAX (787) 746-5294
EMAIL rfigueroa@rfclawpr.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-04368-MCF13<br>District of Puerto Rico<br>Old San Juan<br>Wed Aug 15 09:58:41 AST 2018 | COOP A/C JESUS OBRERO<br>PMB 159 HC 01 BOX 29030<br>CAGUAS, PR 00726-4900 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| Anderson Financial Services of PR<br>DBA Borinquen Title Loans<br>3440 Preston Ridge Rd Ste 500<br>Alpharetta, GA 30005-3823 | Coop A/C Jesus Obrero<br>HC 1 Box 29030 PMB 159<br>Caguas, PR 00725-8900 | Coop Caguas<br>PO Box 1252<br>Caguas, PR 00726-1252 |
| DTOP<br>PO Box 41269 Minillas Station<br>San Juan, PR 00940-1269 | Departamento de Hacienda<br>Bankruptcy Section<br>235 Ave Arterial Hostos Ste 1504<br>San Juan, PR 00918-1451 | Departamento de Hacienda<br>PO Box 9024140<br>San Juan, PR 00902-4140 |
| Islandfin<br>PO Box 71504<br>San Juan, PR 00936-8604 | LA FAMILIA<br>URB PARADIS 9 LOPEZ FLORES ST.<br>CAGUAS, PR 00725 | Midland Credit Management, Inc.<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 |
| Midland Fund<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | Syncb/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank/Sams Club<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | JAIME PEREZ HERNANDEZ<br>ALTURAS DE VILLA DEL REY<br>K6 CALLE ESPANA<br>CAGUAS, PR 00727-6747 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| T-Mobile<br>12920 SE 38th St<br>Bellevue, WA 98006-1350 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     0<br>Total                  19 |